Robert B. Jobe (Cal. State Bar #133089)　　　　　　　　　　　　**MADE JS-6**
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:　(415) 956-5513
Fax:　(415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiffs.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| HARBINDER SINGH, ET AL., | ) | No.　CV 07-08264 GW (AGR) |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | |
| JANE ARELLANO, DISTRICT DIRECTOR, USCIS LOS ANGELES DISTRICT OFFICE; ET AL., | ) | ORDER |
| Defendants. | ) | |

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs' motion for dismissal of the action without prejudice be granted.

DATED: March 17, 2008　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
No. CV 07-08264 GW (AGR)